EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Receso administrativo del Programa de Educación Jurídica Continua del 25 de diciembre de 2023 al 5 de enero de 2024, y extensión de los términos | 2023 TSPR 140<br><br>213 DPR ___ |
|---|---|

Número del Caso:  EM-2023-0013

Fecha:  6 de diciembre de 2023

Materia:  Receso administrativo del Programa de Educación Jurídica Continua del 25 de diciembre de 2023 al 5 de enero de 2024, y extensión de los términos.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Receso administrativo del
Programa de Educación Jurídica
Continua del 25 de diciembre de
2023 al 5 de enero de 2024, y
extensión de los términos

EM-2023-0013

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de diciembre de 2023.

Con el beneficio de la recomendación de la
Directora Ejecutiva del Programa de Educación Jurídica
Continua (Programa), Lcda. María Cecilia Molinelli
González, la Jueza Presidenta Oronoz Rodríguez
autorizó un receso administrativo del Programa.

El receso comprenderá desde el lunes 25 de
diciembre de 2023, que es un día feriado, hasta el
viernes 5 de enero de 2024, estos inclusive. Las
labores se reanudarán a partir del lunes 8 de enero de
2024. Todo término dispuesto en el Reglamento del
Programa de Educación Jurídica Continua que venza
durante el referido receso administrativo se extenderá
hasta el martes 16 de enero de 2024.

La extensión de término concedida en esta
Resolución no aplicará a los periodos de cumplimiento
de tres años que venzan entre estas fechas, según

dispuesto en la Regla 29 del Reglamento del Programa.

Se ordena la difusión pública de esta Resolución.

Notifíquese al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina